IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GILBERT M. MARTINEZ,<br>    Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br>*et al.*,<br>    Defendants. | CIVIL ACTION<br>No. 19-3708 |

ORDER

AND NOW, this 14th day of February, 2020, upon consideration of Plaintiff Gilbert Martinez's *pro se* Amended Complaint (ECF Docket No. 2), and Motions for "Preliminary Injunction Relief," it is hereby **ORDERED** that:

1. The Amended Complaint is **DEEMED** filed;

2. The Amended Complaint is **DISMISSED WITH PREJUDICE** for the reasons stated in the Court's Memorandum;

3. The Motions for "Preliminary Injunction Relief" (ECF Docket Nos. 3-4) are **DENIED**; and

4. The Clerk of Court shall **CLOSE** this case.

                                        **BY THE COURT:**

                                        **/s/ Jeffrey L. Schmehl**
                                        Jeffrey L. Schmehl, J.